UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR SILVA,<br><br>  Plaintiff,<br><br>v.<br><br>HOMEQ SERVICING CORPORATION, et al.,<br><br>  Defendants. | 2:09-cv-0854-LDG-LRL<br><br>**ORDER** |

Plaintiff has failed to take any action in this matter for over two hundred and seventy (270) days. On April 18, 2011, the Clerk's Office notified Plaintiff that the court would dismiss Plaintiff's case for want of prosecution unless he acted by May 18, 2011. *See* LR 41-1. Plaintiff has failed to respond or otherwise act. Accordingly,

THE COURT HEREBY ORDERS that this case is DISMISSED.

Dated this 9 day of June 2011.

_____
Lloyd D. George
United States District Judge